UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | CASE NO. 21cr1430JLS |
| Plaintiff, | ) ) ) | |
| vrs. | ) | ORDER |
| Jonathan Franco, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

    Upon review of the motion by the parties, and GOOD CAUSE APPEARING, the motion hearing/trial setting date is continued from July 30, 2021 to September 10, 2021, at 1:30 p.m.

    The Speedy Trial Act is tolled in the interest of justice.

    SO ORDERED.

DATED: July 28, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge