UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>                           Plaintiff,<br><br>v.<br><br>Jonathan Franco,<br><br>                          Defendant. | Case No.:  21-CR-1430-JLS<br><br>**Order Continuing Motion Hearing/Trial Setting** |

FOR GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the motion hearing set for November 19, 2021 at 1:30 p.m., in the above entitled case, be continued to December 10, 2021 at 1:30 p.m.

IT IS FURTHER ORDERED THAT the time from now until December 10, 2021, is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161(7)(A) and (B)(I), in the interest of justice and to allow new counsel the necessary time to review the case documents and discovery.

SO ORDERED.

Dated:  November 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge