UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Jonathan Franco,<br><br>　　　　　　　　　　　Defendant. | Case No.:  21-CR-1430-JLS<br><br>**Order Continuing Motion Hearing/ Trial Setting** |

　　　Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the motion hearing/trial setting set for December 10, 2021 at 1:30 p.m., in the above entitled case, be continued to January 14, 2022 at 1:30 p.m.

　　　IT IS FURTHER ORDERED THAT the time from now until January 14, 2022, is excludable under the Speedy Trial Act, Title 18 U.S.C. § 3161(7)(A) and (B)(I), in the interest of justice and to allow new counsel the necessary time to review the case documents and discovery.

　　　SO ORDERED.

Dated:  November 30, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge