# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Untied States , <br><br>                          Plaintiff, <br><br> v. <br><br> Jonathan Franco, <br><br>                          Defendant. | Case No.:  21-CR-1430-JLS <br><br> **Order Continuing Motion Hearing/Trial Setting** |

**IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for January 14, 2022 at 1:30 p.m., in the above-entitled case, be continued to March 18, 2022 at 1:30 p.m.  The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-G.

**IT IS SO ORDERED.**

Dated:  January 7, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge