UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Untied States , | Case No.:  21-CR-01430-JLS |
|---|---|
| Plaintiff, | **Order Continuing Motion Hearing/Trial Setting** |
| v. | |
| Jonathan Franco, | |
| Defendant. | |

    Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for March 25, 2022 at 1:30 p.m., in the above entitled case, be continued to April 29, 2022 at 1:30 p.m.

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

    **IT IS SO ORDERED.**

Dated:  March 18, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge