UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Untied States , <br><br>                              Plaintiff, <br>v. <br>Jonathan Franco, <br><br>                              Defendant. | Case No.:  21-CR-01430-JLS <br><br>**Order Continuing Motion Hearing** |

   Pursuant to joint motion, **IT IS HEREBY ORDERED** that the motion hearing/trial setting currently scheduled for April 29, 2022 at 1:30 p.m., in the above entitled case, be continued to June 17, 2022 at 1:30 p.m.

   **IT IS FURTHER ORDERED** that time is excluded under 18 U.S.C. sections 3161(h)(1)(D) and in the interests of justice, and 3161(h)(7)(A) to allow the defense reasonable time to prepare.

   **IT IS SO ORDERED.**

Dated:  April 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge