UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR1430-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
| JONATHAN FRANCO, | |
| Defendant. | |

Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for September 16, 2022 shall be continued to **November 2, 2022** at **1:30 p.m.**

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: September 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge